AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of Nevada

| | |
|---|---|
| MINGLIANG YANG and YAWEN CHEN,<br><br>*Plaintiff(s)*<br><br>v.<br><br>ECLIPSE THEATER LAS VEGAS, L.P.;<br>ECLIPSE THEATER LV (LAS VEGAS) LLC;<br>ECLIPSE THEATER LLC; and ECLIPSE THEATERS<br>DEVELOPMENT GROUP LLC<br><br>*Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No. 2:21-cv-01846-JAD-VCF |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*
ECLIPSE THEATER LAS VEGAS, L.P.;
3773 Howard Hughes Pkwy, Ste. 500s, Las Vegas, NV 89169

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Christy Brad Escobar
150 N. Durango Dr., Suite. 230
Las Vegas, Nevada 89145

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____          _____
                                                *Signature of Clerk or Deputy Clerk*