AO450 (NVD Rev. 2/18)   Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
### DISTRICT OF NEVADA

Chen, et al.,

        Plaintiff,

v.

Eclipse Theater Las Vegas, L.P., et al.,

        Defendant.

DEFAULT JUDGMENT IN A CIVIL CASE

Case Number: 2:21-cv-01846-JAD-VCF

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☒ **Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that Default Judgment is entered in favor of Plaintiffs Yawen Chen and Mingliang Yang and against Defendants Eclipse Theater Las Vegas, L.P., Eclipse Theater LV (Las Vegas) LLC., Eclipse Theater LLC., and Eclipse Theaters Development Group, LLC.

3/28/2023
Date

DEBRA K. KEMPI
Clerk

/s/ E. Smith
Deputy Clerk